1

2

3

4

5

6

7

# JS-6

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

11    FELICIANO CORONEL,                         Case No. 5:22-cv-01022-FWS-PD

12                    Petitioner,

                                                 **JUDGMENT**
13          v.

14    C. KOENIG, Warden,

15                    Respondent.

16

17          Pursuant to the Court's Order Accepting the Report and

18    Recommendation of United States Magistrate Judge,

            IT IS ADJUDGED that the Petition is dismissed with prejudice.
19

20

21    DATED:  January 17, 2023

22

23
                                    _____
24                                  HON. FRED W. SLAUGHTER
                                    UNITED STATES DISTRICT JUDGE
25

26

27

28